JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Chrome Hearts LLC, | Case No. **2:25-cv-04297-SVW-PVC** |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| Mooney Incorporated et al, | |
| Defendants. | |

On August 27, 2025, the Court issued an ORDER GRANTING NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES BY 30 DAYS [20]. The Order required a Stipulated Dismissa to be filed by September 27, 2025. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, for failure to comply with Court orders.

Dated:  October 10, 2025

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.